# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

MARSHALL BUTLER,                )
                                )
      Movant,                 )    No. 3:09-0755
                                )    (Criminal Case No. 3:07-00136-01)
v.                              )    JUDGE ECHOLS
                                )
UNITED STATES OF AMERICA,        )
                                )
      Respondent.             )

## ORDER

In accordance with the Memorandum entered contemporaneously herewith,

(1) Marshall Butler's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence is hereby DENIED;

(2) entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a); and

(3) because Butler cannot demonstrate that jurists of reason would find it debatable whether the Court was correct in its rulings, a Certificate of Appealability will not issue. See Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE